IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

ROYCE RIALS                                                                                                  PLAINTIFF

VS.                                          CIVIL ACTION NO:  3:06-CV-583 (WHB)(LA)

PHILIP MORRIS, USA;
R.J. REYNOLDS TOBACCO COMPANY;
LORILLARD TOBACCO CO.;
& JOHN DOES TOBACCO ENTITIES                            DEFENDANTS

## ORDER LIFTING STAY

Upon agreement of the parties and consistent with this Court's Order of November 20, 2006, the stay of this case is lifted upon the Court's denial of plaintiff's Motion to Remand.

In conjunction with the lifting of the stay, the parties have agreed as follows:

1. Defendants' Answers to Plaintiff's Second Amended Complaint are due on or before March 23, 2007;

2. Defendants' Responses to Plaintiff's Discovery Requests (issued to Defendants' parent companies, but to be answered by Defendants) are due on or before April 10, 2007; and,

3. The parties will exchange Rule 26 Initial Disclosures on or before April 10, 2007.

SO ORDERED AND ADJUDGED this the 2nd day of March, 2007.


                                                  S/Linda R. Anderson
                                         U. S. MAGISTRATE JUDGE